IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

In re:                         )
                               )
TOUCH AMERICA HOLDINGS, INC., ) Chapter 11
et al.,                        ) Case No. 03-1191-KJC
                               ) Adversary No. 03-58661-KJC
        Debtors.               )
_____)
ROSS BUCKINGHAM, et al.,        )
                               )
        Appellants,            )
                               )
    v.                         ) Civ. No. 04-190-SLR
                               )
TOUCH AMERICA, INC., et al.,   )
                               )
        Appellees.             )

**O R D E R**

At Wilmington this 31st day of March, 2005, there having

been no activity in the above captioned bankruptcy appeal since

it was filed in March 2004;

IT IS ORDERED that said appeal is dismissed without

prejudice to renew, should the parties demonstrate to the court

that there are justiciable issues to review.

_____
United States District Judge